

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00001-CV

**BEXAR COUNTY HOSPITAL DISTRICT** d/b/a University Health f/k/a University Health
System,
Appellant

v.

Brandon **ROBERTS**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI00455
Honorable Nadine Melissa Nieto, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's December 8, 2023
"Order on Plaintiff's Motion for Reconsideration" is AFFIRMED.

We ORDER all costs of this appeal taxed against the appellant Bexar County Hospital
District.

SIGNED November 6, 2024.

Luz Elena D. Chapa, Justice